**2007–1874.  State ex rel. OmniSource Corp. v. Self–Insuring Emps. Evaluation Bd.**

Franklin App. No. 06AP–650, 173 Ohio App.3d 24, 2007-Ohio-4452. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–2153.  Ikharo v. Franklin Cty. Prosecutor.**

Franklin App. No. 07AP–380, 2007-Ohio-5582. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due January 22, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

Upon consideration of appellant's amended motion to remand the case to the Tenth District Court of Appeals,

It is ordered by the court that the amended motion is denied as moot.

**2007–2431.  Calhoun et al. v. Harner.**

Allen App. No. 1–06–97, 2007-Ohio-6025. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*January 30, 2008*

[Cite as *01/30/2008 Case Announcements*, 2008-Ohio-290.]

## MOTION AND PROCEDURAL RULINGS

**2007–2425.  State v. Ketterer.**

Butler C.P. No. CR 2003–03–0309. This cause is pending before the court as an appeal from the Court of Common Pleas for Butler County. Upon consideration of appellee's motion to dismiss for lack of jurisdiction,

It is ordered by the court that the motion to dismiss is denied.

It is further ordered by the court, sua sponte, that the appeal in this case shall be consolidated with the appeal in 2007–1261, *State v. Ketterer*, Butler C.P. No. CR 2003–03–0309. No further briefing shall be allowed.